**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:** Winthrop    **Category No.** II    **Investigating Agency** SSA-OIG

**City**   Winthrop

**County**   Suffolk

**Related Case Information:**

Superseding Ind./ Inf. _____   Case No. _____

Same Defendant _____   New Defendant Yes

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes ☑ No

**Defendant Information:**

Defendant Name   Kenneth Riel     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address:   Winthrop, MA

Birth date (Yr only): 1974   SSN (last 4#): 3705   Sex: M   Race Unknown   Nationality: USA

**Defense Counsel if known:** _____   Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA:   James J. Nagelberg    Bar Number if applicable: 675656

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 4/9/2026    Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Kenneth Riel _____

### U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  18 U.S.C. § 641 | Receipt of Stolen Government Money or Property | 1 |
| Set 2  42 U.S.C. § 408(a)(4) | Social Security Fraud-Concealment | 2 |
| Set 3  18 U.S.C. § 981(a)(1)(C) and  28 U.S.C. § 2461(c) | Forfeiture Allegation | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013